

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2021

No. 04-21-00323-CR

Rosa Anita **MORENO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 642167
Honorable Melissa Vara, Judge Presiding

## O R D E R

Appellant's brief was originally due October 14, 2021; however, the court granted an extension of time until November 15, 2021. On November 5, 2021, appellant filed a motion asking for a second extension of time to December 15, 2021 to file the brief.

We **grant** the motion and **order** appellant to file her brief by **December 15, 2021**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court